**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Larry McKithern
Camp D - Eagle - 3 DOC No. 120352
Louisiana State Prison
Angola LA 70712

**REHEARING ACTION: March 19, 2014**

**Docket Number: 13   01005-KH**

**STATE OF LOUISIANA**
**VERSUS**
**LARRY MCKITHERN**

**Writ Application from Calcasieu Parish Case No. 25391-09**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. J. David Painter**
**Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Larry McKithern** has this day been

**DENIED.**

cc: John Foster DeRosier, Counsel for the Respondent